BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Sooter, Rawlings,
Castellanoz, S. Kent, I. (Marquez) Kent, Eby, Schei,
Baron, and Wilson
48149280-CF2000CX0118

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KANDEE D. GILBERT-LEWIS,** | CASE NO. CV F-00-5445 AWI DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST TO EXTEND THE DISCOVERY CUT-OFF DATE** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Defendants' first request to extend the discovery cut-off date was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that the discovery cut-off date is extended to July 8, 2005.

IT IS SO ORDERED.

**Dated:   June 29, 2005**          /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Request to Extend the Discovery Cut-off Date
1