UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDEE D. GILBERT-LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | 1:00-CV-5445-AWI-DLB-P<br><br>ORDER EXTENDING DEADLINES FOR<br>ALL PARTIES<br>[Document #119]<br><br>New Discovery Cut-Off Date -　　09-07-05<br>New Deadline to Amend Pleadings - 10-07-05<br>New Dispositive Motion Deadline -  11-07-05 |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U. S. C. § 1983. On July 14, 2005, plaintiff filed a motion for an extension of the court deadlines. On July 15, 2005, defendants filed a notice of non-opposition of plaintiff's motion, to extend the deadlines for completion of discovery and for filing pre-trial dispositive motions. Good cause appearing, plaintiff's motion shall be granted. Accordingly, IT IS HEREBY ORDERED that the court deadlines are extended as follows:

　　1.　All discovery, including motions to compel, formerly to be completed by July 8, 2005, shall be completed by **September 7, 2005**;

　　2.　The deadline to amend pleadings, formerly July 8, 2005, shall be **October 7, 2005;** and

　　3.　The deadline for serving and filing pre-trial dispositive motions, formerly August 8, 2005, shall be **November 7, 2005** .

　　IT IS SO ORDERED.

　　Dated:　August 29, 2005　　　　　　　　　　　／s／ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE