UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDEE D. GILBERT-LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF CALIFORNIA, et al., )<br>)<br>Defendants. )<br>_____ ) | CV F- 00-5445 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>REQUEST FOR SETTLEMENT<br>CONFERENCE<br>(DOC 40) |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On July 14, 2005, plaintiff requested an extension of all deadlines in this action. The Court granted the request on August 30, 2005. On September 12, 2005, plaintiff filed a motion requesting that a settlement conference be set. On September 20, 2005, defendants filed a notice of non-opposition to plaintiff's request for extension but defendants opposed the setting of a settlement conference. The Court does not normally set settlement conferences in prisoner cases dealing with conditions of confinement unless all parties agree. Accordingly, plaintiff's request is HEREBY DENIED.

   IT IS SO ORDERED.

   **Dated:    November 8, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE