| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | JAMES M. HUMES<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | JAMES E. FLYNN<br>Supervising Deputy Attorney General |
| 5 | MARIA G. CHAN, State Bar No. 192130<br>Deputy Attorney General |
| 6 |  1300 I Street, Suite 125<br> P.O. Box 944255 |
| 7 |  Sacramento, CA 94244-2550<br> Telephone:  (916) 323-1940 |
| 8 |  Fax:  (916) 324-5205 |
| 9 | Attorneys for Defendants Baron, Castellanoz, Eby,<br>D. Kent, I. (Marquez) Kent, Rawlings, Schei, Sooter, |
| 10 | and Wilson<br>CF2000CX0118 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KANDEE D. GILBERT-LEWIS,** | NO. CV F-00-5445 AWI DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a motion for summary judgement was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that the dispositive motion deadline is extended to December 22, 2005.

IT IS SO ORDERED.

Dated:   **November 8, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                                        UNITED STATES MAGISTRATE JUDGE

*Order Granting Defs First Request for EOT to file a MSJ*
1