UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KANDEE GILBERT-LEWIS | ) | 1:00-CV-5445-AWI DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OPPOSITION TO |
| v. | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| STATE OF CALIFORNIA, et.al., | ) | (DOCUMENT #130) |
| | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2006, plaintiff filed a motion to extend time to file opposition to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   January 12, 2006                    /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE