1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   KANDEE GILBERT LEWIS,                 1:00-cv-05445-AWI-DLB-P

12                   Plaintiff,       **ORDER ADOPTING FINDINGS AND
                                      RECOMMENDATIONS** (Doc. 133)
13   vs.
                                      **ORDER GRANTING MOTION FOR
14   BARON, et al.,                   SUMMARY JUDGMENT** (Doc. 129)

15                   Defendants.      **ORDER REFERRING ACTION TO
     _____/  MAGISTRATE JUDGE**

16

17        Plaintiff, Kandee Gilbert Lewis ("Plaintiff"), is a state prisoner proceeding pro se and in

18   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20        On June 23, 2006, the Magistrate Judge filed Findings and Recommendations the

21   recommended the moving Defendants' motion for summary judgment be granted.   The Findings

22   and Recommendations were served on the parties and which contained notice to the parties that

23   any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On

24   August 7, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and

25   Recommendations.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

27   this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

28   the Court finds the Findings and Recommendations to be supported by the record and by proper

                                             1

1   analysis.

2       In the objections, Plaintiff contends that the Findings and Recommendations do not

3   address the due process claim, equal protection claim, and state law claims.    On January 17,

4   2001, the court granted Defendants' motion to dismiss the due process and equal protection

5   claims.    Thus, the January 17, 2001 order, along with this order, resolves all of Plaintiff federal

6   claims against the moving Defendants.

7       However, Plaintiff is correct that her state law claims remain.  The court notes that

8   supplemental jurisdiction over state law claims is a doctrine of discretion not of Plaintiff's right.

9   Its justification lies in considerations of judicial economy, convenience and fairness to the

10  litigants; if these are not present, a federal court should hesitate to exercise jurisdiction over state

11  claims.  United Mine Workers v. Gibbs, 383 U.S. 715, 726  (1966). Because the federal claims

12  against Defendants Baron, Castellanos, Eby, I. Kent, S. Kent, Rawlings, Schei,, Sooter, and

13  Wilson have been resolved, there remains no independent basis for federal jurisdiction against

14  these Defendants.  The court may decline to exercise supplemental jurisdiction over state claims

15  when the federal claims are dismissed before trial.  See 28 U.S.C. § 1367(c)(3); Gibbs, 383 U.S.

16  at 726.  However, the court will not decline to exercise supplemental jurisdiction over these state

17  law claims at this time because federal claims remain against other Defendants.

18      As Plaintiff points out in her objections, Defendants Hall and Williams remain in this

19  action.   They did not file a summary judgment, and the federal and state claims remain against

20  them.  Thus, while the court grants summary judgment to the moving Defendants, this action

21  will proceed against Defendants Hall and Williams on the federal and state claims and against the

22  moving Defendants on the state law claims.

23      Accordingly, IT IS HEREBY ORDERED that:

24      1.    The Findings and Recommendations, filed June 23, 2006, are ADOPTED IN

25  FULL;

26      2.    Defendants' motion for summary judgment, filed December 22, 2005, is

27  GRANTED; and

28      3.    Summary judgment is GRANTED in favor of Defendants Baron, Castellanos,

2

1   Eby, I. Kent, S. Kent, Rawlings, Schei,, Sooter, and Wilson on the failure to

2   protect claim;

3   4.   This action is REFERRED to the Magistrate Judge for further proceedings on the

4   state law claims and claims against Defendants Hall and Williams.

5   IT IS SO ORDERED.

6   **Dated:    September 1, 2006         _____/s/ Anthony W. Ishii_____**
    9h0d30                                    UNITED STATES DISTRICT JUDGE