IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDEE GILBERT LEWIS, | CASE NO. CV-F-00-5445 AWI DLB P |
| Plaintiff, | ORDER REQUIRING PARTIES TO FURNISH FURTHER INFORMATION |
| vs. | RE DEFENDANT WILLIAMS |
| BARON, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Where, as here, plaintiff is proceeding in forma pauperis, the court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2).

    On June 20, 2003, the Court ordered the United States Marshal to serve process on defendants, including defendant Williams. On December 10, 2003, the return of service was returned attempted but un-executed as to Williams. The return indicates that the Marshal was advised that defendant Williams had already filed an appearance in this case. It appears that this information was erroneous as the Attorney General now contends that defendant Williams has never assented to representation by the Office of the Attorney General. On June 9, 2005, defendants entered a Notice of Change of Counsel which stated that Williams had not been represented nor had the office appeared on his behalf. This declaration was uncontested by plaintiff. Subsequent orders of the Court have not identified defendant

Williams.

At this juncture, it is unclear whether or not plaintiff provided the Marshal with sufficient information to effect service of the complaint on defendant Williams. Based on the apparent confusion by the parties as to the identify of this defendant, within 15 days of this order, the parties shall provide the court with further information to assist in determining the identify of defendant Williams. From plaintiff's complaint, it appears that the defendant Williams was a physician at the Central California Women's Facility in July/August 1999. If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the court.

In addition, defendants shall, by this order, be required to provide the court with further information. Specifically, defendants shall ascertain whether or not Dr. Williams is still employed by the California Department of Corrections and Rehabilitation, and, if so, at what location. Plaintiff is advised that defendants' response to this order is not an appearance on the behalf of defendant Williams. Defendant must be served with the summons and complaint. If defendant is still employed by CDCR, upon receipt of defendant's current location, the court will direct the Marshal to serve him.

Based on the foregoing, it is HEREBY ORDERED that within fifteen (15) days from the date of service of this order, the parties shall provide the court with any and all information he has that might help the Marshal identify and serve defendant Williams.

IT IS SO ORDERED.

Dated:   **September 27, 2007**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE